# ADVERSARY COVER SHEET ATTACHMENT

## PLAINTIFF NAMES:

1. John Henry Schneider ("**Debtor**").

2. Michelle R. Schneider ("**Michelle**").

3. Michelle R. Schneider, trustee of:

    a. the Brandon Schneider Benefit Trust, dated March 30, 2012 (the "**Brandon Trust**");

    b. Michelle R. Schneider as trustee of the Shannon Schneider Benefit Trust, dated March 30, 2012 (the "**Shannon Trust**");

    c. the Caitlin Schneider Benefit Trust, dated March 30, 2012 (the "**Caitlin Trust**" );

    d. the Michelle Schneider Revocable Trust Dated November 20, 2007 (the "**Michelle Trust**").

4. Schneider Management, LLC ("**Schneider Management**").

5. Schneider Limited Partnership ("**Schneider LP**").

6. MedPort, LLC ("**MedPort**").

7. BSC, LLC ("**BSC"**).

8. John Schneider, also appears as a Plaintiff in his capacity as trustee of the

John Schneider Revocable Trust Dated November 20, 2007 (the "**John Trust**").

## DEFENDANT NAMES:

9. Defendant, Meridian Surgical Partners, LLC ("MSP ").

10. Defendants Meridian Surgical Partners – Montana, LLC ("MSPM").

In re: Schneider, Case #14-61357-7                                                                 Page 1 of 2
Schneider et al v. MSP, et al, AP 17-___
Cover sheet attachment

2:17-ap-00016-JDP   Doc#: 1-2   Filed: 05/15/17   Page 1 of 2

## DEFENDANT ATTORNEY NAMES:

11. BASS BERRY SIMS, P.L.C., 150 Third Avenue South, Suite 2800, Nashville, TN 37201  Phone: (615) 742-7924  Email: sclayton@bassberry.com; tchenery@bassberry.com

12. MOULTON BELLINGHAM, P.C., Suite 1900 Crowne Plaza, 27 North 27th Street, P.O. Box 2559, Billings, MT 59103-2559  Phone: (406) 248-7731  Email: doug.james@moultonbellingham.com

C:\Users\jhc\Documents\FU\Back\Schneider\17-XXX - USBC MT\2017-05-15 - Cover sheet attachment.docx
Revised   5/15/2017 20:42    JHC

In re: Schneider, Case #14-61357-7                                                                                                Page 2 of 2
Schneider et al  v.  MSP, et al,   AP 17-___
Cover sheet attachment

2:17-ap-00016-JDP   Doc#: 1-2   Filed: 05/15/17   Page 2 of 2