AMERICAN ARBITRATION ASSOCIATION

STEPHEN F. EMERY, M.D.,
JAY WINZENRIED, M.D., BIG HORN
BASIN BONE AND JOINT, LLC, JOHN
SCHNEIDER, M.D., and SCHNEIDER
LIMITED PARTNERSHIP,

    *Claimants,*

v.

MERIDIAN SURGICAL PARTNERS –
MONTANA, LLC, and MERIDIAN
SURGICAL PARTNERS, LLC,

    *Respondents.*

Case No. 65-20-1400-0026

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation of Respondents (Meridian Surgical Partners-Montana, LLC and Meridian Surgical Partners, LLC) and Trustee Joseph Womack (Trustee for the Bankruptcy Estate of John H. Schneider, Case No. 14-61357, before the United States Bankruptcy Court for the District of Montana), and

Good Cause Appearing, the claims of Respondents against the John H. Schneider and the Bankruptcy Estate of John H. Schneider are dismissed, **With Prejudice.** Similarly, the Claims of John H. Schneider and the Bankruptcy Estate of John H. Schneider against Respondents are dismissed, **With Prejudice.** Each party shall pay its own costs, expenses, and attorney fees. This Dismissal Order shall not affect the remaining claims asserted by



EXHIBIT 1

Respondents against Schneider Limited Partnership or asserted by Schneider Limited Partnership against Respondents.

Dated this 14th day of June, 2016.

David A. Ranheim, Arbitrator

4813-7723-1682, v. 1